UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:16-cr-00250-TWP-MJD |
| DARYL ALBERTSON, | ) -01 |
| ANTHONY PLYMATE, | ) -02 |
| JESSICA DREYER, | ) -03 |
| FALISHA SHATZ | ) -04 |
| a/k/a Falisha Brenton | ) |
| Defendants. | ) |

**ORDER**

The United States of America has move the Court to unseal the above-entitled action.

In support of its motion, the United States informed the Court that the arrest warrants have been served and therefore the interests of justice and the needs of the investigation no longer require all of the previous documents to remain under seal.

WHEREFORE, the Court being sufficiently advised, now GRANTS the motion and hereby orders the Clerk of the Court to unseal the above-entitled action.

11/17/2016
_____
Date

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.